**United States Bankruptcy Court**
**District of Colorado**

In re   Fresh Produce Holdings, LLC
                                    Debtor(s)

Case No.
Chapter   11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Thomas C. Vernon, declare under penalty of perjury that I am the Manager of Fresh Produce Holdings, LLC, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 2nd day of April, 20 15.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Thomas C. Vernon, Manager of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Thomas C. Vernon, Manager of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Thomas C. Vernon, Manager of this Corporation is authorized and directed to employ Michael J. Pankow, attorney and the law firm of Brownstein Hyatt Farber Schreck, LLP to represent the corporation in such bankruptcy case."

Date   April 4, 2015            Signed  _____
                                        Thomas C. Vernon

Resolution of Board of Directors
of
Fresh Produce Holdings, LLC

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved; that Thomas C. Vernon, Manager of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Thomas C. Vernon, Manager of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Thomas C. Vernon, Manager of this Corporation is authorized and directed to employ Michael J. Pankow, attorney and the law firm of Brownstein Hyatt Farber Schreck, LLP to represent the corporation in such bankruptcy case.

Date _____    Signed _____

Date _____    Signed _____