B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Colorado

In re   Fresh Produce Holdings, LLC  
                                    Debtor(s)

Case No.  
Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ANTEX KNITTING MILLS 3750 SOUTH BROADWAY PLACE LOS ANGELES, CA 90007 | ANTEX KNITTING MILLS 3750 SOUTH BROADWAY PLACE LOS ANGELES, CA 90007 | TRADE CREDIT | | 3,606,767 |
| COLORWAY, INC 1275 S BOYLE AVE LOS ANGELES, CA 90023 | COLORWAY, INC 1275 S BOYLE AVE LOS ANGELES, CA 90023 | TRADE CREDIT | | 285,968 |
| ENGAGEMENT ARTS INC 488 MADISON AVE 6TH FLR NEW YORK, NY 10022 | ENGAGEMENT ARTS INC 488 MADISON AVE 6TH FLR NEW YORK, NY 10022 | TRADE CREDIT | | 181,820 |
| AMERICAN EXPRESS PO BOX 650448 DALLAS, TX 75265-0448 | AMERICAN EXPRESS PO BOX 650448 DALLAS, TX 75265-0448 | CREDIT CARD | | 149,220 |
| PATTERN WORKS INC 1117 BAKER ST STE A & B COSTA MESA, CA 92626 | PATTERN WORKS INC 1117 BAKER ST STE A & B COSTA MESA, CA 92626 | TRADE CREDIT | | 144,722 |
| LUCKY CIRCLE 8 INC 2727 STINGLE UNIT 7 ROSEMEAD, CA 91770 | LUCKY CIRCLE 8 INC 2727 STINGLE UNIT 7 ROSEMEAD, CA 91770 | TRADE CREDIT | | 118,848 |
| JAFFE RAITT HEUER & WEISS JOEL ALAM 27777 FRANKLIN RD STE 2500 SOUTHFIELD, MI 48034 | JAFFE RAITT HEUER & WEISS JOEL ALAM 27777 FRANKLIN RD STE 2500 SOUTHFIELD, MI 48034 | LEGAL SERVICES | | 95,827 |
| VERA BRADLEY SALES LLC ACCOUNTS RECEIVABLE 12420 STONEBRIDGE ROAD ROANOKE, IN 46783 | VERA BRADLEY SALES LLC ACCOUNTS RECEIVABLE 12420 STONEBRIDGE ROAD ROANOKE, IN 46783 | TRADE CREDIT | | 89,431 |
| EKS&H LLLP 7979 E. TUFTS AVE. STE 400 DENVER, CO 80237-2521 | EKS&H LLLP 7979 E. TUFTS AVE. STE 400 DENVER, CO 80237-2521 | ACCOUNTING SERVICES | | 86,586 |

B4 (Official Form 4) (12/07) - Cont.

In re  Fresh Produce Holdings, LLC                                    Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| PURE & CO LTD. 640 WINTER STREET UNIT 3 WOONSOCKET, RI 02895 | PURE & CO LTD. 640 WINTER STREET UNIT 3 WOONSOCKET, RI 02895 | TRADE CREDIT | | 85,592 |
| SVF BROADWAY CNTR GARDEN COR FILE 1252 PROP #024051 1801 W OLYMPIC BLVD PASADENA, CA 91199-1252 | SVF BROADWAY CNTR GARDEN COR FILE 1252 PROP #024051 1801 W OLYMPIC BLVD PASADENA, CA 91199-1252 | TRADE CREDIT | | 80,454 |
| CONNECTED APPAREL PO BOX 88926 CHICAGO, IL 60695-8926 | CONNECTED APPAREL PO BOX 88926 CHICAGO, IL 60695-8926 | TRADE CREDIT | | 79,422 |
| FITFLOP USA LLC PO BOX 347394 PITTSBURGH, PA 15251-4394 | FITFLOP USA LLC PO BOX 347394 PITTSBURGH, PA 15251-4394 | TRADE CREDIT | | 77,098 |
| C&W APPAREL INC 1751 FLORADALE AVE SOUTH EL MONTE, CA 91733 | C&W APPAREL INC 1751 FLORADALE AVE SOUTH EL MONTE, CA 91733 | TRADE CREDIT | | 75,563 |
| DAHLMANN PERIWINKLE PLACE 300 SOUTH THAYER ST ANN ARBOR, MI 48104 | DAHLMANN PERIWINKLE PLACE 300 SOUTH THAYER ST ANN ARBOR, MI 48104 | LEASE | | 74,113 |
| NOTHING TO WEAR INC 630 MAPLE AVENUE TORRENCE, CA 90503 | NOTHING TO WEAR INC 630 MAPLE AVENUE TORRENCE, CA 90503 | TRADE CREDIT | | 72,906 |
| NEWMARK GRUBB KNIGHT FRANK GCS ACCOUNTS RECEIVABLE 500 W MONROE ST STE 2900 CHICAGO, IL 60661 | NEWMARK GRUBB KNIGHT FRANK GCS ACCOUNTS RECEIVABLE 500 W MONROE ST STE 2900 CHICAGO, IL 60661 | LEASE | | 72,728 |
| NANJING FOREIGN TRADE CO LTD 20F SUIYAUAN MANSION 140 GUANGZHOU ROADNANJING CHINA | NANJING FOREIGN TRADE CO LTD 20F SUIYAUAN MANSION 140 GUANGZHOU ROADNANJING CHINA | TRADE CREDIT | | 72,573 |
| N SQUARE INC 12704 HOOVER ST GARDEN GROVE, CA 92841 | N SQUARE INC 12704 HOOVER ST GARDEN GROVE, CA 92841 | TRADE CREDIT | | 69,075 |

B4 (Official Form 4) (12/07) - Cont.

In re  Fresh Produce Holdings, LLC  
        Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| SBT FASHION<br>9734 KLINGERMAN ST<br>SOUTH EL MONTE, CA 91733 | SBT FASHION<br>9734 KLINGERMAN ST<br>SOUTH EL MONTE, CA 91733 | TRADE CREDIT | | 68,509 |
| T&P APPAREL SERVICE<br>PO BOX 404322<br>ATLANTA, GA  30384-4322 | T&P APPAREL SERVICE<br>PO BOX 404322<br>ATLANTA, GA  30384-4322 | TRADE CREDIT | | 68,122 |
| WALLAROO HAT COMPANY LLC<br>1880 E FLATIRON COURT STE E<br>BOULDER, CO  80301 | WALLAROO HAT COMPANY LLC<br>1880 E FLATIRON COURT STE E<br>BOULDER, CO  80301 | TRADE CREDIT | | 59,749 |
| REVGRP<br>560 SALAMEDA ST<br>LOS ANGELES, CA  90013 | REVGRP<br>560 SALAMEDA ST<br>LOS ANGELES, CA  90013 | TRADE CREDIT | | 58,576 |
| EVERTRENDS INC<br>107 W ANN ST<br>LOS ANGELES, CA  90012 | EVERTREND INC<br>107 W ANN ST<br>LOS ANGELES, CA  90012 | TRADE CREDIT | | 58,394 |
| SWATFAME<br>WELLS FARGO BANK NA<br>PO BOX 912150<br>DENVER, CO  80291-2150 | SWATFAME<br>WELLS FARGO BANK NA<br>PO BOX 912150<br>DENVER, CO  80291-2150 | TRADE CREDIT | | 56,796 |
| SEW SIMPLE INC<br>2639 MERCED AVE<br>EL MONTE, CA 91733 | SEW SIMPLE INC<br>2639 MERCED AVE<br>EL MONTE, CA 91733 | TRADE CREDIT | | 56,638 |
| CHARLESTON CENTER LLC<br>DEPARTMENT 74101<br>PO BOX 67000<br>DETROIT, MI  48267-0741 | CHARLESTON CENTER LLC<br>DEPARTMENT 74101<br>PO BOX 67000<br>DETROIT, MI  48267-0741 | TRADE CREDIT | | 53,665 |
| LUCKY GIRL FASHION INC<br>7570 GARDEN GROVE<br>WESTMINSTER, CA  92683 | LUCKY GIRL FASHION INC<br>7570 GARDEN GROVE<br>WESTMINSTER, CA  92683 | TRADE CREDIT | | 53,620 |
| NUGSY INC<br>12702 HOOVER ST<br>GARDEN GROVE, CA  92841 | NUGSY INC<br>12702 HOOVER ST<br>GARDEN GROVE, CA  92841 | TRADE CREDIT | | 52,467 |

B4 (Official Form 4) (12/07) - Cont.

In re    Fresh Produce Holdings, LLC
                    Debtor(s)                                         Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| THE WILSTEN GROUP INC<br>ACCOUNTS RECEIVABLE<br>650 NICOLET AVE<br>WINTER PARK, FL 32789 | THE WILSTEN GROUP INC<br>ACCOUNTS RECEIVABLE<br>650 NICOLET AVE<br>WINTER PARK, FL 32789 | | | 51,724 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   April 4, 2015             Signature   _____
                                             Thomas C. Vernon
                                             Manager

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy