## United States Bankruptcy Court
### District of Colorado

In re: Fresh Produce Holdings, LLC
Debtor

Case No. _____

Chapter 11

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Coconut Point Holdings, Inc. | | | .91% Membership Interest |
| Falcon Advisors, Inc.<br>250 Pin Oak Court<br>Suite 3000<br>Argyle, TX 76226 | | | 6.0% Membership Interest |
| Fresh Produce, Inc.<br>2865 Wilderness Place<br>Boulder, CO 80303-2257 | | | 84.6% Membership Interest |
| Scott Brogan<br>4367 Trails Dr<br>Sarasota, FL 34232 | | | 6.15% Membership Interest |
| St. Armands Holdings, Inc. | | | 2.34% Membership Interest |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date April 4, 2015

Signature _____
Thomas C. Vernon
Manager

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

___0___ continuation sheets attached to List of Equity Security Holders