**United States Bankruptcy Court**
**District of Colorado**

In re   Fresh Produce Holdings, LLC                                    Case No.   _____
                                    Debtor(s)                           Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: April 4, 2015                    _____
                                        Thomas C. Vernon/Manager
                                        Signer/Title