UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>FRESH PRODUCE HOLDINGS, LLC,<br><br>Debtor. | Case No. 15-13485-MER<br><br>Chapter 11 |

**NOTICE OF ORDER APPROVING BID PROCEDURES, SCHEDULING A SALE HEARING AND SETTING SALE OBJECTION DEADLINE**

**OBJECTIONS TO THE SALE DUE: [         ], 2015**

    **PLEASE TAKE NOTICE** that the Court has entered its Order (A) Approving Bid Procedures and Bid Protections, (B) Agency Agreement Subject to Higher and Better Bids, (C) Scheduling a Sale Hearing, (D) Approving the Form and Manner of Notice Related Thereto, and (E) Granting related Relief, (the "**Order**," Dkt. #__), filed by the Debtor.

    A copy of the Order is attached hereto. The bid procedures, including the deadline for timely submitting a bid for the sale of substantially all of the Debtor's assets (the "**Assets**") and the time and place of the auction and sale hearing, are set forth in the Order.

    Pursuant to the Order, if you object to the entry of an order approving the sale of the Debtor's assets, your objection must be filed and served so as to be **actually received** on or before **[     ], 2015**, on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections.

    In the absence of a timely and substantiated objection by an interested party, the Court may approve the aforementioned sale without further notice to creditors or other interested parties.

Dated: [            ], 2015.

                        Respectfully submitted,

                        BROWNSTEIN HYATT FARBER SCHRECK, LLP

                        *s/Michael J. Pankow*
                        Michael J. Pankow, #21212
                        Joshua M. Hantman, #42010
                        Rafael R. Garcia-Salgado, #47382
                        410 17th Street, Suite 2200
                        Denver, Colorado 80202
                        Telephone: (303) 223-1100
                        Facsimile: (303) 223-1111
                        mpankow@bhfs.com
                        jhantman@bhfs.com
                        rgarcia@bhfs.com

                        *Proposed Attorneys for Debtor*