# Exhibit A

| Name | Address 2 | Type | Two Week Average |
|---|---|---|---:|
| WESTERN DISPOSAL SERVICES | PO BOX 9100  BOULDER ,CO  80301-9100 | Trash | 100.00 |
| CULLIGAN OF DENVER | PO BOX 2932  WICHITA ,KS  67201-2932 | Water | 15.00 |
| CULLIGAN WATER | 16101 OLD US 41  FORT MYERS,FL  33912-2287 | Water | 32.00 |
| BRUNSWICK-GLYNN COUNTY WATER | PO BOX 537024  ATLANTA ,GA  30353-7024 | Water | 15.00 |
| DUKE ENERGY | PO BOX 1004  CHARLOTTE ,NC  28201-1004 | Electricity | 100.00 |
| FLORIDA POWER & LIGHT | GENERAL MAIL FACILITY  MIAMI ,FL  33188-0001 | Electricity | 2,000.00 |
| THE GAS COMPANY | PO BOX C MONTEREY PARK ,CA  91756-5111 | Natural Gas | 250.00 |
| GOODBYE BLUE MONDAY | 2865 WILDERNESS PLACE, BOULDER CO 80301 | Electricity | 1,200.00 |
| GEORGIA POWER | 96 ANNEX ATLANTA ,GA  30396-0001 | Electricity | 225.00 |
| GULF POWER COMPANY | PO BOX 830660  BIRMINGHAM,AL  35283-0660 | Electricity | 550.00 |
| KEYS ENERGY SERVICES | PO BOX 6048  KEY WEST,FL  33041-6048 | Electricity | 410.00 |
| LCEC | PO BOX 31477 TAMPA ,FL  33631-3477 | Electricity | 600.00 |
| PASADENA WATER & POWER | PO BOX 7120  PASADENA,CA  91109-7125 | Electricity & Water | 400.00 |
| REPUBLIC SERVICES | PO BOX 9001099 LOUISVILLE,KY  40290-1099 | Trash | 100.00 |
| SAN DIEGO GAS & ELECTRIC | PO BOX 25111 SANTA ANA ,CA  92799-5111 | Electricity | 300.00 |
| SANTEE COOPER | PO BOX 188 MONCKS CORNER ,SC  29461-0188 | Electricity | 150.00 |
| SCANA ENERGY | PO BOX 100157  COLUMBIA,SC  29202-3157 | Electricity | 40.00 |
| SCE&G | PO BOX 100255  COLUMBA ,SC  29202-3255 | Electricity | 12.00 |
| SOUTHERN CALIFORNIA EDISON | PO BOX 300 ROSEMEAD,CA  91772-0001 | Electricity | 1,500.00 |
| TUCSON ELECTRIC POWER | PO BOX 80077 PRESCOTT,AZ  86304-8077 | Electricity | 200.00 |
| UTILITY BILLING SERVICES | PO BOX 31569 CLARKSVILLE ,TN  37040-0027 | Electricity | 10.00 |
| WASTE MANAGEMENT | 24516 NETWORK PLACE  CHICAGO ,IL  60673-1245 | Trash | 90.00 |
| WASTE MANAGEMENT KEY WEST | 2130 TALLY RD  LEESBURG,FL  34748 | Trash | 210.00 |
| WASTE MANAGEMENT OF ARIZONA | PO BOX 78251 PHOENIX ,AZ  85062-8251 | Trash | 200.00 |
| WASTE MANAGEMENT - PALM BEACH | PO BOX 105453  ATLANTA ,GA  30348 | Trash | 35.00 |
| WASTE MANAGEMENT OF NW FLORIDA | PO BOX 9001054 LOUISVILLE,KY  40290-1054 | Trash | 110.00 |
| BALDWIN EMC | PO BOX 220 SUMMERDALE,AL  36580 | Electricity | 350.00 |
| COBB ENERGY | PO BOX 369 MARIETTA,GA  30061-0369 | Electricity | 300.00 |
| FLORIDA KEYS AQUEDUCT | 1100 KENNEDY DRIVE KEY WEST,FL  33040-4021 | Water | 25.00 |
| WASTE MANAGEMENT OF FLORIDA | PO BOX 105453  ATLANTA ,GA  30348-5453 | Trash | 200.00 |
| NU-WAY WATER CONDITIONING INC | 1244 W 9TH STREET  UPLAND,CA  91786 | Water | 250.00 |
| XCEL ENERGY | PO BOX 9477  MINNEAPOLIS ,MN  55484 | Electricity | 200.00 |
| THE VILLAGES UTILITES | 984 OLD MILL RUN THE VILLAGES,FL  32162-1675 | Electricity | 15.00 |
| XO COMMUNICATIONS | 14239 COLLECTIONS CENTER DR  CHICAGO ,IL  60693 | Telecom | 375.00 |
| TELEPACIFIC COMMUNICATIONS | PO BOX 526015  SACRAMENTO,CA  95852-6015 | Telecom | 500.00 |
| SUSTAINABLE SOLUTIONS GROUP | PO BOX 740209  ATLANTA ,GA  30374-0209 | Trash | 65.00 |
| KETER ENVIRONMENTAL SERVICES | PO BOX 417468  BOSTON,MA  02241-7468 | Trash | 140.00 |
| ECOCYCLE | PO BOX 19006 BOULDER ,CO  80308 | Trash | 120.00 |
| COMCAST | PO BOX 37601 PHILADELPHIA,PA  19101-0601 | Telecom | 600.00 |
| COMPREHENSIVE ENERGY SOLUTIONS | 777 BENNET DR  LONGWOOD,FL  32750 | Electricity | 90.00 |
| CENTURY LINK BUSINESS SVCS | PO BOX 52187 PHOENIX ,AZ  85072-2187 | Telecom | 12,000.00 |
|  |  |  | 24,084.00 |