*UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO*

*Minutes of Proceeding*

Date: **April 9, 2015**                                                                                           Honorable Michael E. Romero, Presiding

| | | | |
|---|---|---|---|
| In re: | **FRESH PRODUCE HOLDINGS, LLC** | | Case No. 15-13485 MER<br>Chapter 11<br>Jointly Administered |
| | | Debtor. | |

| | Appearances | | |
|---|---|---|---|
| Trustee | **United States Trustee** | Counsel | **Alan Motes** |
| Debtors | | Counsel | **Michael Pankow, Joshua Hantman, Rafael Garcia-Salgado** |
| Creditor | **Wells Fargo Bank, N.A.** | Counsel | **James Markus, Donald Allen** |
| Creditor | **Philip P. McCabe** | Counsel | **Michael Guyerson, Brian Fletcher** |
| Creditor | **400 Duval Retail LLC** | Counsel | **Casie Collignon** |
| Creditor | **William and Carole Cassio** | Counsel | **Patrick Haines** |
| Creditor | **CityPlace Retail, LLC** | Counsel | **Brian D. Huben** |

**Proceedings:**     Expedited Hearing regarding various Initial Chapter 11 Motions

**Orders:**

[X]   As set forth on the record, the Court granted the Debtors' Motion for Joint Administration (Docket No. 15) and Motion to Limit Notice and Establish Notice Procedures (Docket No. 38). Separate orders granting these motions as final shall enter.

[X]   Consistent with the representations made on the record and modifications discussed on the record, as soon as possible counsel for the Debtors shall submit revised proposed INTERIM orders for the following motions: Motion to Authorize Use of Cash Collateral (Docket No. 17); Motion for Authorization to Pay Certain Employee Obligations and to Authorize Banks to Honor and Process Checks (Docket No. 16), Motion to Authorize Continuation of Certain Customer Practices (Docket No. 18), Motion for Continued Use of Cash Management System (Docket No. 19), and Motion to Assume Agreement with Riderflex Consulting, LLC (Docket No. 27). Upon review and consideration by this Court, separate interim orders granting these motions shall enter.

[X]   Consistent with the representations made on the record and modifications discussed on the record, as soon as possible counsel for the Debtors shall submit revised proposed FINAL orders for the following motions: Motion to Authorize Debtor to File Consolidated Mailing Matrix (Docket No. 21) and Application to Employ BGA Management, LLC dba Alliance Management as Financial Advisor (Docket No. 22) . Separate orders granting these motions as final shall enter.

[X]   The Court set a combined final hearing on the Debtors' Motion for Authorization to Pay Certain Employee Obligations and to Authorize Banks to Honor and Process Checks (Docket No. 16), Motion to Authorize Continuation of Certain Customer Practices (Docket No. 18), Motion for Continued Use of Cash Management System (Docket No. 19), and Motion to Assume Agreement with Riderflex Consulting, LLC (Docket No. 27) for Monday, April 27, 2015 at 9:00 a.m. in Courtroom C.   Objections to these Motions must be filed on or before Friday, April 24, 2015.

[X]   The Court set a combined final hearing on the Debtors' Emergency Motion to Approve Comprehensive Sale Process (Docket No. 13) and the Debtors' Motion to Authorize Use of Cash Collateral (Docket No. 17) for Wednesday, April 29, 2015 at 1:30 p.m. in Courtroom C.   Objections to these motions must be filed on or before Friday, April 24, 2015.   The Court will reserve Friday, May 1, 2015 from 9:30 a.m. to Noon to continue this combined final hearing, if necessary.

*UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO*

| | |
|---|---|
| In re:   **FRESH PRODUCE HOLDINGS, LLC** | Case No. 15-13485 MER |
| | **Chapter 11** |
| | **Jointly Administered** |
| Debtor. | |

**[X]**   As set forth on the record, any landlord creditor expedited motions concerning leases should be filed no later than Friday, April 17, 2015.  The deadline to file objections to these motions, if any, must be filed on or before Friday, April 24, 2015.  If a hearing is necessary, the hearing on these motions will be held with the scheduled combined hearing on Wednesday, April 29, 2015 at 1:30 p.m. in Courtroom C.

Date: **April 9, 2015**          FOR THE COURT:
                                 *Kenneth S. Gardner, Clerk*

                                 By: _____