**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>FRESH PRODUCE HOLDINGS, LLC, *et al*.<br><br>Debtors. | Case No.: 15-13485-MER<br><br>Chapter 11<br><br>Jointly Administered |

**ENTRY OF APPEARANCE AND REQUEST FOR ALL NOTICES**

      Pursuant to Fed. R. Bankr. P. 9010(b), Matt Leary, of the law firm of Cooley LLP, hereby enters his appearance as proposed counsel for the Official Committee of Unsecured Creditors of Fresh Produce Holdings, LLC, and requests that all notices, pleadings and other documents filed and/or served in this case be sent to the following:

Matt Leary
Cooley LLP
380 Interlocken Crescent, Suite 900
Broomfield, Colorado 80021
Tel: (720) 566-4000
mleary@cooley.com

Jay R. Indyke
Jeffrey L. Cohen
Michael Klein
Jeremy Rothstein
Cooley LLP
1114 Avenue of the Americas
New York, NY 10036-7798
Tel: (212) 479-6000
jindyke@cooley.com
jcohen@cooley.com
mklein@cooley.com
jrothstein@cooley.com

      By: /s/ Matt Leary
      COOLEY LLP
      Matt Leary (43610)
      380 Interlocken Crescent, Suite 900
      Broomfield, Colorado 80021
      Tel: (720) 566-4000
      mleary@cooley.com

      *Proposed Counsel to the Official Committee of Unsecured Creditors*

116101772 v1

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 20th day of April, 2015, I caused a true and correct copy of the foregoing ENTRY OF APPEARANCE AND REQUEST FOR ALL NOTICES to be placed into the United States mail, first class postage prepaid and correctly addressed as follows:

| | |
|---|---|
| Michael J. Pankow | Alan K. Motes |
| 410 17th Street, 22nd Floor | Byron G. Rogers Federal Building |
| Denver, CO 80202 | 1961 Stout Street, Suite 12-200 |
| | Denver, CO 80294 |

                                                s/Rebecca Goldstein