**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>FRESH PRODUCE HOLDINGS, LLC, *et al.*[1]<br><br>Debtors. | Case No. 15-13485-MER<br><br>Chapter 11 |

**THE DEBTORS' PROPOSED AGENDA**
**FOR THE HEARINGS SCHEDULED FOR APRIL 29, 2015 AND MAY 1, 2015**

The Debtors, by and through undersigned counsel, submit this proposed agenda for the hearings scheduled for April 29, 2015 and May 1, 2015 (together, the "**Hearings**"), and in support state as follows:

1. Pursuant to the Court's April 9, 2015 Minute Order, tomorrow, April 29, 2015, the Court has scheduled a hearing on (i) the Debtors' proposed bid procedures order, (ii) final hearing on cash collateral and (iii) all landlord motions filed pursuant to Bankruptcy Code § 365(d)(3). [Dkt. No. 53]. The Court also reserved additional time on May 1, 2015 for these issues.

2. In the Debtors' view, live witness testimony should not be necessary with respect to these motions. However, given the substantial number of objections and motions filed by landlords, the Debtors respectfully propose the below agenda for the Hearings. The Debtors believe that the proposed agenda will (i) streamline the Hearings, (ii) avoid the need for out of state landlords to fly in and be available to testify at two potential hearings, and (iii) provide the Debtors with additional time to try to resolve some of the issues raised by the landlords in their papers. Proposed agenda:

   a. **April 29, 2015 Hearing.**

      i. Status update from Debtors regarding the sale process;

      ii. Final hearing on the Debtors' cash collateral motion;

      iii. The Debtors' proposed bid procedures (with any evidence, if necessary, to occur at the May 1 hearing); and

      iv. The landlords' § 365(d)(3) motions (with any evidence, if necessary, to occur at the May 1 hearing).

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Fresh Produce Holdings, LLC (2945); Fresh Produce Retail, LLC (5124); Fresh Produce Sportswear, LLC (1339); Fresh Produce of St. Armands, LLC (2806); FP Brogan-Sanibel Island LLC (2574); and Fresh Produce Coconut Point, LLC (5784). The location of the Debtors' service address is: 2865 Wilderness Place, Boulder, Colorado 80301.

      b.    **May 1, 2015 Hearing.**

          i.    All evidence or fact intensive issues related to the Debtors' proposed bid procedures and sale, and the landlords' § 365(d)(3) motions.

3.    Today, April 28, 2015, the Debtors held a conference call with most or all landlords that filed sale objections, cash collateral objections and/or Bankruptcy Code § 365(d)(3) motions. The Debtors proposed this agenda during that call and, without attempting to bind any party, the Debtors believe that this agenda has consensus support.

Dated this 28th day of April, 2015.

    Respectfully submitted,

    BROWNSTEIN HYATT FARBER SCHRECK, LLP

    *s/Joshua M. Hantman*
    Michael J. Pankow, #21212
    Joshua M. Hantman, #42010
    Rafael R. Garcia-Salgado, #47382
    410 17th Street, Suite 2200
    Denver, Colorado 80202
    Telephone: (303) 223-1100
    Facsimile: (303) 223-1111
    mpankow@bhfs.com
    jhantman@bhfs.com
    rgarcia@bhfs.com

    *Attorneys for Debtors*