**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: | ) |
| | ) |
| Fresh Produce Holdings, LLC, *et al.* | )  Case No. 15-13485-MER |
| | )  Chapter 11 |
| | ) |
| Debtors. | )  Jointly Administered |

**UNITED STATES TRUSTEE'S <u>AMENDED</u> APPOINTMENT OF**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

The United States Trustee hereby amends the appointment the Official Unsecured Creditors' Committee in the above jointly administered cases to include the following creditors:[1]

- Daniel Tenenblatt
  Antex Knitting Mills
  3750 S. Broadway Place
  Los Angeles, CA  90007
  Ph: (323) 232-2061
  Fax: (323) 233-7751
  email: daniel@mmtextiles.com

- Kevin Thomas
  Hana Financial
  1000 Wilshire Blvd.
  Los Angeles, CA  90017
  Tel: (213) 977-7232
  Fax: (213) 228-3377
  email:  Kevin.Thomas@hanafinancial.com

- William Ellis
  Rosenthal & Rosenthal Inc.
  1370 Broadway
  New York, New York  10018
  Tel: (212) 356-1482
  Fax: (212) 356-3482
  email: wellis@rosenthalinc.com

- Stephanie Carter
  Wallaroo Hat Company
  1880 South Flatiron Court, Suite E
  Boulder, CO  80301
  Tel: (303) 494-5949
  Fax: (303) 245-8720
  email: Stephanie@wallaroohats.com

- Humberto Ortiz
  Patternworks Inc.
  1117 Baker Street, Units A & B
  Costa Mesa, CA 92626
  Tel: (714) 884-3678 ext. 201
  Fax: (714) 884-3681
  email: Humberto@patternworksinc.com

- Philip J. McCabe Revocable Trust
  Gulf Coast Commercial Corp.
  699 Fifth Ave. S.
  Naples, FL  34102
  Tel: (239) 263-0723
  Fax: (239) 403-8778
  email: mccabe@innonfifth.com

Dated:  April 30, 2015

Respectfully submitted,

PATRICK S. LAYNG
UNITED STATES TRUSTEE

/s/  Alan K. Motes
By: Alan K. Motes, #33997
Trial Attorney for the U.S. Trustee
1961 Stout Street, Suite 12-200
Denver, Colorado 80294
(303) 312-7999 telephone
(303) 312-7259 facsimile
Alan.Motes@usdoj.gov

---

[1] On April 29, 2015, creditor SVF Broadway Center Gardena Corporation resigned from the Committee.

## CERTIFICATE OF SERVICE

   The undersigned hereby certifies that on April 30, 2015, a copy of the UNITED STATES TRUSTEE'S <u>AMENDED</u> APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS was served by deposit in the United States Mail, postage prepaid, to the following parties:

| | | |
|---|---|---|
| Fresh Produce Holdings, LLC<br>2865 Wilderness Place<br>Boulder, CO 80301-2257 | Michael J. Pankow<br>410 17th St.<br>22nd Fl.<br>Denver, CO 80202 | Stanley Iezman<br>SVF Broadway Center Gardena Corp.<br>c/o American Realty Advisors<br>801 N. Brand Blvd., Ste. 800<br>Glendale, CA 91203 |
| Fresh Produce Retail, LLC<br>2865 Wilderness Place<br>Boulder, CO 80301-2257 | Daniel Tenenblatt<br>Antex Knitting Mills<br>3750 S. Broadway Place<br>Los Angeles, CA 90007 | Stephanie Carter<br>Wallaroo Hat Company<br>1880 South Flatiron Court, Suite E<br>Boulder, CO 80301 |
| Fresh Produce Sportswear, LLC<br>2865 Wilderness Place<br>Boulder, CO 80301-2257 | Kevin Thomas<br>Hana Financial<br>1000 Wilshire Blvd.<br>Los Angeles, CA 90017 | Humberto Ortiz<br>Patternworks Inc.<br>1117 Baker Street, Units A & B<br>Costa Mesa, CA 92626 |
| Fresh Produce of St. Armands, LLC<br>2865 Wilderness Place<br>Boulder, CO 80301-2257 | William Ellis<br>Rosenthal & Rosenthal Inc.<br>1370 Broadway<br>New York, New York 10018 | Philip J. McCabe Revocable Trust<br>Gulf Coast Commercial Corp.<br>699 Fifth Ave. S.<br>Naples, FL 34102 |
| FP Brogan-Sanibel Island, LLC<br>2865 Wilderness Place<br>Boulder, CO 80301-2257 | | Jeffrey L. Cohen<br>1114 Avenue of the Americas<br>New York, NY 10036-7798 |
| Fresh Produce Coconut Point, LLC<br>2865 Wilderness Place<br>Boulder, CO 80301-2257 | | |

            <u>/s/ Alan K. Motes</u>
            Office of the United States Trustee