## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

### Minutes of Proceeding

Date: **April 30, 2015**                                                    **Honorable Michael E. Romero, Presiding**

In re:   **FRESH PRODUCE HOLDINGS, LLC**                                 **Case No. 15-13485 MER**
                                                                         **Chapter 11**
                                                                         **Jointly Administered**
                                                                              Debtor.

| | Appearances | | |
|---|---|---|---|
| Debtors | | Counsel | **Michael Pankow and Joshua Hantman** |
| Creditor | **Wells Fargo Bank, N.A.** | Counsel | **James Markus** |
| Creditor | **Official Committee of Unsecured Creditors** | Counsel | **Michael Klein** |
| Creditor | **400 Duval Retail LLC** | Counsel | **Lars Fuller** |
| Creditor | **Destin Commons, LTD** | Counsel | **David Miller** |
| Creditor | **Alfred D. Hill, Jr. and Gay C. Hill Revocable Trust, UTA Dated 11/12/91,  Barbara H. Tyler Revocable Trust, and Elizabeth H. Riggs Trust** | Counsel | **Steve Mulligan** |
| Creditor | **Washington Prime Group, Inc. d/b/a WP Glimcher** | Counsel | **Ronald Gold** |
| Creditor | **Dahlmann Periwinkle Place LP** | Counsel | **Robert Weisberg** |
| Creditor | **Philip J. McCabe** | Counsel | **Michael Guyerson** |
| Creditor | **William and Carole Cassio** | Counsel | **Patrick Haines** |
| Creditor | **CityPlace Retail, LLC** | Counsel | **Brian Huben** |
| Other | **Blue Stripe LLC** | Counsel | **David Rich** |
| Other | **Yellen Partners, LLC** | Counsel | **Brent Cohen** |

**Proceedings:**   Final Hearing regarding Debtors' Emergency Motion to Approve Comprehensive Sale Process (Docket No. 13); Debtors' Motion to Use Cash Collateral (Docket No. 17); 400 Duval Retail LLC's Motion to Compel Immediate Payment of Post-Petition Rent Obligations (Docket No. 89) and Joinders thereto; Combined Motion of Landlord Philip J. McCabe Revocable Trust for Adequate Protection Pursuant to 11 U.S.C. § 363(E) and Immediate Payment of Post-Petition Rent Obligations Pursuant to 11 U.S.C. § 365(d)(3) (Docket No. 87); and responses thereto.

**Orders:**

[X]   As set forth on the record, the Corrected Agreed Order Authorizing Interim Use of Cash Collateral and Providing for Adequate Protection (Docket No. 83) was extended through and including Monday, May 4, 2015 with the consent of Wells Fargo Bank.

[X]   The Court set a final hearing on the Debtors' Sale Motion for Thursday, May 21, 2015 at 1:00 p.m. in Courtroom C.

[X]   The Court continued the final hearing on the pending Emergency Motion to Approve Comprehensive Sale Process, Motion to Use Cash Collateral, and the Landlords' Motions and Joinders to Friday, May 1, 2015, at 9:30 a.m. in Courtroom C.  The Court granted Mr. Fuller's request to appear and participate by telephone at this continued hearing.

Date: **April 29, 2015**          FOR THE COURT:
                                  *Kenneth S. Gardner, Clerk*


                                  By: _____