UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re: | Case No. 15-13485-MER |
| FRESH PRODUCE HOLDINGS, LLC, *et al.*[1] | Chapter 11 |
| Debtors. | |

**THE DEBTORS' AUCTION STATUS REPORT**

The Debtors report to the Court and parties in interest the status of the auction of the Debtors' assets conducted on May 8, 2015, at the offices of Brownstein Hyatt Farber Schreck, 410 17th St., Ste. 2200, Denver, CO 80202, as follows:

1. On May 1, 2015, the Court entered its *Order (A) Approving Bid Procedures and Bid Protections, (B) Approving the Agency Agreement Subject to Higher and Better Bids, (C) Scheduling a Sale Hearing, (D) Approving the Form and Manner of Notice Related Thereto, and (E) Granting Related Relief* (the "**Bid Procedures Order**").

2. The Bid Procedures Order approved the Debtors' bid procedures and other requested relief. The Court scheduled a hearing for **May 11, 2015 at 9:00 AM (Mountain) in Courtroom C.**"

3. Pursuant to the Bid Procedures Order, a public auction commenced at 9:00 a.m. on Friday May 8, 2015. There was active bidding by numerous parties by means of written submissions and modifications placed on the record at auction. In the early hours of May 9, 2015, the Debtors, in consultation with Wells Fargo Bank, N.A., and the Official Unsecured Creditors Committee, deemed the bid from Blue Stripe, LLC. to the be highest and best bid.

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Fresh Produce Holdings, LLC (2945); Fresh Produce Retail, LLC (5124); Fresh Produce Sportswear, LLC (1339); Fresh Produce of St. Armands, LLC (2806); FP Brogan-Sanibel Island LLC (2574); and Fresh Produce Coconut Point, LLC (5784). The location of the Debtors' service address is: 2865 Wilderness Place, Boulder, Colorado 80301.

4.     Pursuant to the Blue Stripe proposal, the Debtors will convey substantially all of their assets. In addition, the Debtors seek authority to conduct going out of business sales at the Debtors' locations, highlighted on the attached Exhibit A. The Debtors will seek approval of the sale to Blue Stripe on May 11, 2015. The Blue Stripe bid, like the other bids received, requires closing on or before May 15, 2015.

5.     Pursuant to the Blue Stripe bid, the purchaser will have the right to seek assumption and assignment of certain leases, approval of which is not a condition to close the sale transaction. The Debtors will seek approval of the assumptions and assignment by later hearing on May 21, 2015.

Dated this 8th day of May, 2015.

        Respectfully submitted,

        BROWNSTEIN HYATT FARBER SCHRECK, LLP

        *s/Michael J. Pankow*
        Michael J. Pankow, #21212
        Joshua M. Hantman, #42010
        Rafael R. Garcia-Salgado, #47382
        410 17th Street, Suite 2200
        Denver, Colorado 80202
        Telephone: (303) 223-1100
        Facsimile: (303) 223-1111
        mpankow@bhfs.com
        jhantman@bhfs.com
        rgarcia@bhfs.com

        *Attorneys for Debtors*

018059\0003\12196981.1

# FRESH PRODUCE
## Cure Claims Analysis Summary
$$$

| # | Store # | Location Name | Total Rent Feb | Mar | Apr | Rent Paid Feb | Mar | Apr | Cure Amount Feb | Mar | Apr | Total Cure | Deposit Amount | April Stub Rent | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 801 | Boulder | 9,456 | 9,456 | 9,375 | 0 | 9,456 | 0 | 0 | 0 | 313 | 313 | 0 | 9,063 | |
| 6 | 804 | Sanibel | 28,487 | 34,046 | 34,046 | 0 | 34,046 | 0 | 0 | 1,135 | 35,181 | 4,500 | 32,911 | |
| 7 | 807 | La Jolla | 21,775 | 17,327 | 15,704 | 0 | 0 | 0 | 355 | 524 | 15,629 | 15,181 | |
| 8 | 808 | Palm Desert | 15,898 | 15,898 | 15,898 | 0 | 0 | 0 | 15,898 | 16,783 | 16,783 | 45,000 | 15,368 | |
| 9 | 809 | Orlando (a) | 15,078 | 19,837 | 15,980 | 9,548 | 15,898 | 0 | 5,530 | 19,837 | 533 | 25,900 | 9,335 | 15,447 | |
| 10 | 810 | Scottsdale | 10,354 | 10,354 | 10,354 | 0 | 0 | 0 | 0 | 0 | 345 | 10,699 | 10,000 | 10,009 | |
| 11 | 811 | Sarasota | 15,453 | 15,453 | 15,999 | 10,354 | 15,453 | 0 | 0 | 531 | 531 | 8,500 | 15,408 | |
| 12 | 814 | Key West | 25,400 | 25,400 | 25,400 | 0 | 0 | 0 | 4,106 | 25,400 | 847 | 30,353 | 45,000 | 24,554 | |
| 13 | 816 | Fort Lauderdale | 13,703 | 13,705 | 13,703 | 0 | 0 | 0 | 0 | 13,705 | 457 | 14,161 | 13,246 | |
| 14 | 817 | Naples | 19,304 | 23,313 | 23,043 | 0 | 23,313 | 23,043 | 0 | 0 | 222 | 15,371 | 6,444 | |
| 15 | 819 | Boca Grande (a) | 6,667 | 6,667 | 6,667 | 0 | 0 | 0 | 6,667 | 237 | 6,889 | 15,666 | 6,872 | |
| 16 | 821 | Myrtle Beach | 8,415 | 8,415 | 8,415 | 0 | 9,722 | 0 | 0 | 0 | 30 | 30 | 0 | 873 | |
| 17 | 823 | Marietta (b) | 11,767 | 12,670 | 12,670 | 0 | 24,437 | 0 | 237 | 17,824 | 6,872 | |
| 18 | 825 | Charleston | 27,271 | 28,521 | 26,989 | 0 | 0 | 26,989 | 28,521 | 0 | 28,521 | 15,340 | |
| 19 | 827 | West Palm Beach | 16,759 | 16,789 | 15,869 | 0 | 16,253 | 0 | 506 | 529 | 17,824 | 10,780 | |
| 20 | 828 | Destin | 20,174 | 20,531 | 20,471 | 0 | 20,174 | 0 | 0 | 20,531 | 682 | 21,214 | 19,789 | |
| 21 | 829 | Anaheim (a) (c) | 2,859 | 3,181 | 2,185 | 0 | 0 | 0 | 1,506 | 3,181 | 73 | 4,607 | 2,113 | |
| 22 | 831 | Estero / Coconut Point | 29,075 | 26,354 | 23,687 | 0 | 26,254 | 0 | 0 | 100 | 790 | 890 | 22,898 | |
| 23 | 832 | Tucson | 10,503 | 10,503 | 13,317 | 0 | 0 | 0 | 10,503 | 444 | 21,450 | 7,875 | 12,873 | |
| 24 | 835 | St. Simons | 3,820 | 3,647 | 3,647 | 0 | 0 | 0 | 0 | 3,647 | 122 | 3,768 | 6,000 | 3,525 | |
| 25 | 836 | St. Augustine | 9,402 | 9,402 | 9,402 | 0 | 0 | 0 | 9,402 | 313 | 9,716 | 16,000 | 9,089 | |
| 26 | 837 | Buford | 14,804 | 14,501 | 14,804 | 0 | 13,608 | 0 | 0 | 894 | 493 | 1,387 | 7,875 | 14,310 | |
| 27 | 838 | Pasadena | 11,151 | 11,151 | 11,151 | 0 | 0 | 0 | 0 | 11,151 | 372 | 11,523 | 9,760 | 10,780 | |
| 28 | 839 | Delray | 17,194 | 17,194 | 17,194 | 0 | 0 | 0 | 17,194 | 1,719 | 36,108 | 15,475 | |
| 29 | 840 | The Villages | 4,818 | 4,818 | 4,818 | 0 | 4,533 | 0 | 285 | 482 | 5,585 | 0 | 4,336 | |
| 30 | 915 | Foley Outlet (b) | 5,834 | 5,834 | 5,834 | 0 | 0 | 0 | 0 | 0 | 164 | 164 | 0 | 4,765 | |
| 31 | 934 | Myrtle Beach Outlet | 10,259 | 10,310 | 10,259 | 0 | 6,825 | 0 | 0 | 10,310 | 342 | 342 | 0 | 9,917 | |
| 32 | SUBTOTAL | | $385,680 | $395,228 | $386,823 | $45,762 | $156,705 | $50,032 | $39,331 | $257,638 | $12,718 | $304,697 | $154,636 | $310,584 | |
| 33 | Gardena Warehouse | | 44,861 | 44,861 | 44,861 | 32,612 | 0 | 0 | 12,249 | 44,861 | 1,586 | 58,696 | 100,000 | 14,274 | |
| 34 | Boulder HO | | 12,041 | 12,036 | 12,031 | 0 | 0 | 0 | 12,041 | 12,036 | 1,203 | 25,281 | 4,740 | 10,828 | |
| 35 | Charleston (b) | | 12,682 | 12,682 | 12,682 | 18,242 | 0 | 0 | 0 | 7,122 | 1,268 | 8,390 | 11,946 | 11,414 | |
| 36 | SUBTOTAL | | $69,584 | $69,579 | $40,573 | $50,854 | $50 | $50 | $24,290 | $64,019 | $4,057 | $92,367 | $116,686 | $36,516 | |
| 37 | TOTAL | | $455,264 | $464,857 | $427,396 | $396,616 | $156,705 | $50,032 | $64,122 | $316,657 | $16,285 | $397,064 | $271,322 | $347,100 | |

Notes:
a) Percentage Rent Calculations:

| | Feb | Mar | Apr |
|---|---|---|---|
| Orlando % Rent | | | |
| Adj Gross Sales | 95,481 | 142,754 | 104,498 |
| % Rent Rate | 10.0% | 10.0% | 10.0% |
| % Rent | 9,548 | 14,275 | 10,450 |
| Anaheim % Rent | Feb | Mar | Apr |
| Gross Sales | 71,476 | 79,522 | 45,259 |
| % Rent Rate | 4.0% | 4.0% | 4.0% |
| % Rent | 2,859 | 3,181 | 1,810 |

| Boca Grande % Rent | Feb | Mar |
|---|---|---|
| YTD Net Sale | 232,036 | 392,448 |
| % Rent Rate | 11.0% | 11.0% |
| Annualized Rent | 25,524 | 43,169 |
| Min Rent ($80K Annual) | 6,667 | 6,667 |

b) Cure Amounts reflect adjustments for rent overpayment. Any Pre-Petition credit balance was first applied to February and/or March outstanding balance. If a credit balance still existed, credit balance was applied to April rent and then divided between Cure and Stub Rent based on Lessee Petition Date.
c) Anaheim cure claims analysis assumes 4% of gross sales rent for the cure amount. This amount subject of a dispute as counsel for the landlord is asserting a $1.2 million pre-petition rent claim.
d) Fresh Produce Holdings, LLC Petition Date of April 4, 2015 equals 27 days in April Stub Rent. All other entities Petition Date of April 2, 2014 equals 29 days in April Stub Rent.