### UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO
#### _Minutes of Proceeding_

---

Date: **May 11, 2015**                                       **Honorable Michael E. Romero, Presiding**

---

In re:  **FRESH PRODUCE HOLDINGS, LLC**                     **Case No. 15-13485 MER**
                                                            **Chapter 11**
                                                            **Jointly Administered**
                                                    Debtor.

---

Appearances

| | | | |
|---|---|---|---|
| **Trustee** | **United States Trustee** | Counsel | **Alan Motes** |
| Debtors | | Counsel | **Michael Pankow and Joshua Hantman** |
| Creditor | **Wells Fargo Bank, N.A.** | Counsel | **James Markus** |
| Creditor | **Official Committee of Unsecured Creditors** | Counsel | **Michael Klein** |
| Creditor | **400 Duval Retail LLC** | Counsel | **Lars Fuller** |
| Creditor | **Destin Commons, LTD** | Counsel | **David Miller** |
| Creditor | **Alfred D. Hill, Jr. and Gay C. Hill Revocable Trust, et al. / and NBC Universal Studios** | Counsel | **Steve Mulligan** |
| Creditor | **Washington Prime Group, Inc. d/b/a WP Glimcher** | Counsel | **Ronald Gold** |
| Creditor | **Dahlmann Periwinkle Place LP** | Counsel | **Robert Weisberg** |
| Creditor | **Philip P. McCabe** | Counsel | **Michael Guyerson** |
| Creditor | **William and Carole Cassio** | Counsel | **Patrick Haines** |
| Creditor | **CityPlace Retail, LLC** | Counsel | **Brian Huben** |
| Creditor | **Anaheim Capital Partners, LLC** | Counsel | **Jeremy Graves** |
| Creditor | **Charleston Place** | Counsel | **Andrew Conway** |
| Creditor | **Loff Olaff Holding** | Counsel | **David Stern** |
| Creditor | **Antex Knitting Mills, Inc.** | Counsel | **DanielTenenblatt** |
| Other | **Blue Stripe** | Counsel | **David Rich** |
| Other | **Tiger Capital Group** | Counsel | **Neil Snyder** |
| Other | **Yellen Partners, LLC** | Counsel | **Brent Cohen** |

---

**Proceedings:**   **Sale Hearing**

                                                            **[ X ] Evidentiary**

**[X]  Offers of Proof accepted by the Court**
**[  ] Exhibits:**
**[  ] Witnesses Sworn:**

**Orders:**

**[X]**        The Court continued the hearing to Friday, May 22, 2015, at 9:30 a.m. in Courtroom C to address the remaining lease issues raised in connection with the Sale Motion.

**[X]**        The Court ordered the Debtors to pay all undisputed April stub rent by the close of business on May 12, 2015.  Any disputed portions of April stub rent shall be adjudicated on May 22, 2015.  The Court further ordered the Debtors to file any motions to assume and/or assign non-residential real property leases on or before May 15, 2015.  Any objections to the Debtors' motions to assume/assign leases, or objections concerning any other related non-

*UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO*

In re:  **FRESH PRODUCE HOLDINGS, LLC**                                      **Case No. 15-13485 MER**
                                                                                                    **Chapter 11**
                                                                                        **Jointly Administered**

Debtor.

**residential real property lease issues, must be filed on or before May 20, 2015.  These lease issues shall be heard at the continued hearing on May 22, 2015.**

**[X]     As set forth on the record, the Debtors shall submit redline and clean versions of the APA and final sale order to the Court by 9:00 a.m. on May 12, 2015, with copies to all parties that entered an appearance at today's hearing. Parties shall have until 1:00 p.m. to raise any objection to entry of the proposed orders submitted by the Debtors. Upon submission, the Court will review and consider the APA and proposed sale order.  A separate order on the sale motion will enter.**

Date: **May 11, 2015**          FOR THE COURT:
                                              *Kenneth S. Gardner, Clerk*

                                              By:
                                              _____