**United States Bankruptcy Court**
**District of Colorado**

In re  Fresh Produce Holdings, LLC
                                                                    Debtor

Case No. 15-13485-MER

Chapter 11

Jointly Administered

# AMENDED
## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Mark Stephens<br>Attn: Falcon Advisors Inc.<br>250 Pin Oak Court, Suite 3000<br>Bartonville, TX 76226 | | | 6.00% Membership Interest |
| Mary Ellen H. Vernon<br>2013 Irrevocable Trust<br>2865 Wilderness Place<br>Boulder, CO 80301 | | | 33.60 Membership Interest |
| Scott Brogan<br>2865 Wilderness Place<br>Boulder, CO 80301 | | | 10.00% Membership Interest |
| Thomas C. Vernon<br>2012 Irrevocable Trust<br>2865 Wilderness Place<br>Boulder, CO 80301 | | | 33.60% Membership Interest |
| Vernon Children's Trust<br>for the benefit of Scout Vernon<br>2865 Wilderness Place<br>Boulder, CO 80301 | | | 8.40% Membership Interest |
| Vernon Children's Trust<br>for the benefit of Jake Vernon<br>2865 Wilderness Place<br>Boulder, CO 80301 | | | 8.40% Membership Interest |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the    of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  7.28.15                          Signature  _____
                                                  Jo Stone
                                                  Interim President, CFO
                                                  Fresh Produce Holdings, LLC

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

0   continuation sheets attached to List of Equity Security Holders